**Order entered August 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00684-CR

**STEPHANIE ANNE TIMINEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-84907-2020**

### ORDER

Before the Court is the State's August 3, 2022 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/　CRAIG SMITH
　　　PRESIDING JUSTICE